**FILED**
8/28/2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>RONNA ANNETTE KIMBALL,<br><br>       Defendant. | Case No. 2:24-cr-00313-DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL

This is to authorize and direct you to release <u>RONNA ANNETTE KIMBALL</u> – Case No. <u>2:24-cr-00313-DJC</u>; Charge <u>18 U.S.C. § 3606</u> – from custody for the following reasons:

\_\_\_\_  Release on Personal Recognizance

\_\_\_\_  Bail Posted in the Sum of $

\_\_\_\_  Unsecured Appearance Bond $

\_\_\_\_  Appearance Bond with 10% Deposit

**X**   Other:  Defendant sentenced to a term of imprisonment of TIME SERVED; to be released to the custody of Fred Scoville. Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 8/28/2025 at 10:00 AM.

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE