**FILED**

2/26/2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONNA ANNETTE KIMBALL,

Defendant.

Case No.  2:24-cr-00313-DJC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL

This is to authorize and direct you to release RONNA ANNETTE KIMBALL – Case No.
2:24-cr-00313-DJC; Charge 18 U.S.C. § 3606– from custody for the following reasons:

|   | Release on Personal Recognizance |
|---|---|
|   | Bail Posted in the Sum of $ |
|   | Unsecured Appearance Bond $ |
|   | Appearance Bond with 10% Deposit |
| X | Other:  Defendant sentenced to a term of imprisonment of TIME SERVED as of 2/26/2026. |
| X | Yuba County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail. |

Issued at Sacramento, California on 2/26/2026 at 9:10 AM.

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE